**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STRAGENT, LLC and SEESAW FOUNDATION, | § § § § § § § § § § § § | |
| Plaintiffs, | | Civil Action No. 6:10-CV-224 |
| v. | | |
| FREESCALE SEMICONDUCTOR, INC., et al., | | JURY TRIAL DEMANDED |
| Defendants. | | |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFFS
AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

COME NOW T. John Ward, Jr. and Jack Wesley Hill, attorneys of record in the above-styled and numbered cause, and file this unopposed motion to withdraw as counsel of record for Plaintiffs, Stragent, LLC and SeeSaw Foundation, and would respectfully show the Court as follows:

T. John Ward, Jr., Jack Wesley Hill, and Ward & Smith Law Firm hereby request permission to withdraw from representing Plaintiffs in the above-entitled and numbered cause. Plaintiffs do not oppose the withdrawal, and the withdrawal will not have a materially adverse effect on Plaintiffs, as they are still represented by competent counsel who are fully capable of representing the interests of the Plaintiffs. Defendants do not oppose the motion.

Additionally, T. John Ward, Jr. and Jack Wesley Hill of the Ward & Smith Law Firm request that the clerk of the Court remove their names from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully request that the Court grant this motion, permit T. John Ward, Jr., Jack Wesley Hill and Ward &

1

Smith Law Firm to withdraw from the instant action, and request removal from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted,

/s/ Johnny Ward
T. John Ward, Jr.
State Bar No. 00794818
J. Wesley Hill
State Bar No. 24032294

Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@wsfirm.com
        wh@wsfirm.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF COMPLIANCE**

I certify that, in filing this motion, Plaintiffs have complied with CV-7(h).  I certify that T. John Ward, Jr., counsel for Plaintiffs, and counsel for Defendants, met and conferred by written correspondence, most recently on the 14th day of April, 2011 in good faith and that Defendants consent to this motion.

/s/ Johnny Ward
T. John Ward, Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 18th day of April, 2011.

                                                      _____
                                                      T. John Ward, Jr.