# EXHIBIT A
# IEEE 100, The Authoritative Dictionary of IEEE Standards Terms (7th ed., 2000)

Case 6:10-cv-00224-LED-JDL Document 131-1 Filed 08/19/11 Page 2 of 5 PageID

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION



Published by
Standards Information Network
IEEE Press

Trademarks and disclaimers

IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.

Other tradenames and trademarks in this document are those of their respective owners.

The Institute of Electrical and Electronics Engineering, Inc.
       Avenue, New York, NY, 10016-5997, USA

Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

To order IEEE Press publications, call 1-800-678-IEEE.

Print: ISBN 0-7381-2601-2                    SP1122

See other standards and standards-related product listings at: http://standards.ieee.org/

The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.

This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
       p. cm.
    ISBN 0-7381-2601-2 (paperback : alk. paper)
       1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer
    engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms.
    6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21                                                                       00-050601

Case 6:10-cv-00224-LED-JDL   Document 131-1   Filed 08/19/11   Page 4 of 5 PageID #:  1341

**arc-tube relaxation oscillator** *See:* gas-tube relaxation oscillator.

**arc voltage (gas-tube surge protective devices) (gas tube surge arresters)** The voltage drop across the arrester during arc current flow. *Synonym:* arc mode voltage.
(SPD/PE) C62.31-1987r, [8]

**arc welder generator (generator, alternating-current arc welder)** An alternating-current generator with associated reactors, regulators, control, and indicating devices required to produce alternating current suitable for arc welding.
**(2) (A) (generator-rectifier, direct-current arc welder)** A combination of static rectifiers and the associated alternating-current generator, reactors, regulators, controls, and indicating devices required to produce direct current suitable for arc welding. **(B) (generator, direct-current arc welder)** A direct-current generator with associated reactors, regulators, control, and indicating devices required to produce direct current suitable for arc welding.          (EEC/AWM) [91]

**arc-welding engine generator** A device consisting of an engine mechanically connected to and mounted with one or more arc-welding generators.          (EEC/AWM) [91]

**arc-welding motor-generator** A device consisting of a motor mechanically connected to and mounted with one or more arc-welding generators.          (EEC/AWM) [91]

**ARE** *See:* all routes explorer.

**area (1) (A) (data management)** In CODASYL, a part of a database that can be opened or closed as a unit. *Note:* This term was used in early CODASYL documents, but is now considered deprecated. **(B) (data management)** A named collection of records within a database. *Note:* May contain occurrences of one or more record types, and a record type may have occurrences in one or more area. *Synonym:* realm.
(C) 610.5-1990
**(2) (image processing)** The number of pixels in a region.
(C) 610.4-1990w
**(3)** *See also:* equivalent flat plate area of a scattering object; partial effective area; effective area antenna.
(AP/ANT) 145-1993

**area assist action (electric power system)** A control feature that bypasses economic control and that controls all available units while the area control error violates a preset limit.
(PE/PSE) 94-1991w

**area code (telephone switching systems)** A one-, two-, or three-digit number that, for the purpose of distance dialing, designates a geographical subdivision of the territory covered by a separate national or integrated numbering plan.
(COM) 312-1977w

**area control error (1) (electric power system)** A quantity reflecting the deficiency or excess of power within a control area.          (PE/PSE) 858-1993w, 94-1991w
**(2) (isolated-power system consisting of a single control area)** The frequency deviation (of a control area on an interconnected system) is the net interchange minus the biased scheduled net interchange. *Note:* The above polarity is that which has been generally accepted by electric power systems and is in wide use. It is recognized that this is the reverse of the sign of control error generally used in servomechanism and control literature, which defines control error as the reference quantity minus the controlled quantity.
(PE/PSE) [54]

**area fill** *See:* fill.

**area frequency-response characteristic (control area)** The sum of the change in total area generation caused by governor action and the change in total area load, both of which result from a sudden change in system frequency, in the absence of automatic control action.          (PE/PSE) 94-1970w

**areal beamwidth** For pencil-beam antennas the product of the two principal half-power beamwidths. *See also:* principal half-power beamwidths.          (AP/ANT) 145-1993

**area load-frequency characteristic (control area)** The change in total area load that results from a change in system frequency.          (PE/PSE) 94-1970w

**areal object** A synthetic environment object that is geometrically anchored to the terrain with a set of at least three points that come to a closure.          (C/DIS) 1278.1a-1998

**area moving target indication** A method of MTI based upon amplitude changes in corresponding resolution cells for radar returns obtained at different times.          (AES) 686-1997

**area supplementary control (electric power system)** The control action applied, manually or automatically, to area generator speed governors in response to changes in system frequency, tie-line loading, or the relation of these to each other, so as to maintain the scheduled system frequency and/or the established net interchange with other control areas within predetermined limits.          (PE/PSE) 94-1970w

**area tie line (electric power system)** A transmission line connecting two control areas. *Note:* Similar to interconnection tie. *See also:* transmission line.          (PE/PSE) 94-1970w

**argand plane** A graphical representation of a vector used in complex number notation.          (SCC20) 771-1998

**Argument** A value of type Argument. (IM/ST) 1451.1-1999

**argument (1) (A)** An independent variable; for example, the variable $m$ in the equation $E = mc^2$. **(B)** A specific value of an independent variable; for example, the value $m = 24$ kg. **(C)** A constant, variable, or expression used in a call to a software module to specify data or program elements to be passed to that module. *Synonym:* actual parameter. *Contrast:* formal parameter.          (C) 610.12-1990
**(2)** A parameter passed to a utility as the equivalent of a single string in the argv array created by one of the POSIX.1 exec functions. An argument is one of the options, option-arguments, or operands following the command name.
(C/PA) 9945-2-1993
**(3)** Information that is passed to an interface operation or a directory operation.
(C/PA) 1328.2-1993w, 1327.2-1993w, 1224.2-1993w, 1326.2-1993w
**(4)** An expression occurring as the actual value in a function call or procedure call.          (C/DA) 1076.3-1997
**(5)** The value or the address of a data item passed to a function or procedure by the caller.          (C/DA) 1481-1999
**(6)** The usual mathematical meaning.
(IM/ST) 1451.1-1999

**Argument Array** A value of type ArgumentArray.
(IM/ST) 1451.1-1999

**ARINC** *See:* Aeronautical Radio Incorporated.

**arithmetic** Pertaining to data that has the characteristics of base, scale, mode, and precision. *Note:* Used to represent numbers. *Contrast:* string. *See also:* decimal picture data; coded arithmetic data; binary picture data; numeric data.
(C) 610.5-1990w

**arithmetic and logic unit** A functional component of a computer system that performs arithmetic and logical operations. *Synonym:* arithmetic-logic unit. *See also:* logic unit; arithmetic unit; exponent arithmetic and logic unit; register-arithmetic and logic unit.          (C) 610.10-1994w

**arithmetic check** *See:* mathematical check.

**arithmetic element** *See:* arithmetic unit.

**arithmetic expression** An expression containing any combination of variables and constants joined by one or more arithmetic operators such that the expression can be reduced to a single numerical result.          (C) 1084-1986w

**arithmetic instruction** An instruction in which the operation field specifies an arithmetical operation; for example, an add instruction or a multiply instruction. *Contrast:* logic instruction.          (C) 610.10-1994w

**arithmetic-logic unit** *See:* arithmetic and logic unit.

**arithmetic mean** The numerical result obtained by dividing the sum of two or more quantities by the number of quantities. *Notes:* 1. Strictly speaking, arithmetic means of corona-effect data expressed in decibels cannot be taken unless the numbers are converted back to real units such as microvolts per meter ($\mu$V/m) or micropascals ($\mu$Pa). 2. An arithmetic mean that is

**instantaneous relay reoperate time** Reoperate time of a thermal relay measured when the heater is de-energized at the instant of contact operation. (EEC/REE) [87]

**instantaneous sampling** The process for obtaining a sequence of instantaneous values of a wave. *Note:* These values are called instantaneous samples. (AP/ANT) 145-1983s

**instantaneous sound pressure** (at a point) The total instantaneous pressure at that point minus the static pressure at that point. *Note:* The commonly used unit is the newton per square meter. (SP) [32]

**instantaneous storage** *See:* immediate access storage.

**instantaneous suppression with automatic current regulation (thyristor)** A combination of instantaneous trip or suppression and current regulation in which suppression is followed immediately by a regulated current. (IA/IPC) 428-1981w

**instantaneous trip (1)** (as applied to Circuit Breakers) A qualifying term indicating that no delay is purposely introduced in the tripping action of the circuit breaker. (NESC) [86] (2) The means to sense an overload and reduce the output current to zero, as fast as practicable. (IA/IPC) 428-1981w

**instantiation (software)** The process of substituting specific data, instructions, or both into a generic program unit to make it usable in a computer program. (C) 610.12-1990

**instant of chopping** The instant when the initial discontinuity appears. (PE/PSIM) 4-1995

**instant start fluorescent lamp (illuminating engineering)** A fluorescent lamp designed for starting by a high voltage without preheating of the electrodes. (EEC/IE) [126]

**Institute of Electrical and Electronics Engineers (1)** An organization that, among other functions, sponsors standards development. (C/BA) 14536-1995 (2) An international professional organization that is accredited by American National Standards Institute to develop standards for them. (C) 610.7-1995, 610.10-1994w

**institutional design** Emphasizes reliability, resistance to wear and use, safety to public, and special aesthetic considerations, such as the "agelessness" of the structure. (IA/PSE) 241-1990r

**instruction (1) (programmable digital computer systems in safety systems of nuclear power generating stations)** A meaningful expression in a computer programming language that specifies an operation to a digital computer. 554-1990 (2) **(btl interface circuits)** A binary data word shifted serially into the test logic defined by this standard in order to define its subsequent operation. (TT/C) 1149.1-1990 (3) **(software)** *See also:* computer instruction. (C) 610.12-1990 (4) A statement or expression consisting of an operation and its operands (if any), which can be interpreted by a computer in order to perform some function or operation. *See also:* computer instruction; microinstruction; macroinstruction. (C) 610.10-1994w

**instruction address (A)** The address of an instruction. **(B)** The address that must be used to fetch an instruction. (C) 610.10-1994

**instruction address register** An address register used to hold the address of an instruction. *Synonyms:* instruction pointer register; program register. *See also:* P register. (C) 610.10-1994w

**instruction address stop** An instruction address that, when it is fetched, causes execution to stop. *See also:* address stop. (C) 610.10-1994w

**instructional character** *See:* control character.

**instructional game** An instruction method employed by some computer-assisted instruction systems, in which a game is used to instruct the student on some subject. *Contrast:* simulation. (C) 610.2-1987

**instructional simulation (modeling and simulation)** A simulation intended to provide an opportunity for learning or to evaluate learning or educational potential; for example, a simulation in which a mock-up of an airplane cockpit is used to train student pilots. *Synonyms:* academic simulation; tutorial simulation. (C) 610.3-1989w

**instruction cache** A cache that stores instructions for fast access by the processor. *Contrast:* data cache. (C) 610.10-1994w

**instruction code** *See:* computer instruction code.

**instruction control unit** In a processor, the part that retrieves instructions in proper sequence, interprets each instruction, and applies the proper signals to the arithmetic and logic unit and other parts in accordance with this interpretation. *Synonym:* computer control unit. (C) 610.10-1994w

**instruction counter (IC) (software)** A register that indicates the location of the next computer instruction to be executed. *Synonym:* program counter. (C) 610.12-1990

**instruction cycle (software)** The process of fetching a computer instruction from memory and executing it. *See also:* instruction time. (C) 610.12-1990, 610.10-1994w

**instruction decoder (A)** The portion of the computer that determines which functions of the execution unit and the operand handler must be performed to execute the instruction. *Note:* Often implemented as part of the instruction fetch unit. **(B)** A functional component that analyzes the operation to be performed, as indicated in an instruction. *See also:* instruction processor. (C) 610.10-1994

**instruction fetch unit** The portion of a computer that reads the next instruction word from memory and converts the commands to the internal format used by the instruction decoder. (C) 610.10-1994w

**instruction field** A bit field within an instruction word. (C/MM) 1754-1994

**instruction format** The number and arrangement of the fields (operand, operation, and address) in a computer instruction. *See also:* address format. (C) 610.10-1994w, 610.12-1990

**instruction length (software)** The number of words, bytes, or bits needed to store a computer instruction. (C) 610.12-1990

**instruction modifier (software)** A word or part of a word used to alter a computer instruction. (C) 610.12-1990

**instruction pointer register** *See:* instruction address register.

**instruction processor** A functional component that carries out the action indicated by the instruction decoder, resulting in a possible change of machine or data state; for example, instruction decision and execution. (C) 610.10-1994w

**instruction register** A register that is used to hold an instruction for interpretation. (C) 610.10-1994w

**instruction repertoire** *See:* instruction set.

**instruction set** The complete set of instructions recognized by a given computer or provided by a given programming language. *Note:* In computer hardware, this term is considered to be synonymous with a computer's architecture. *Synonym:* instruction repertoire. *See also:* computer instruction set. (C) 610.10-1994w, 610.12-1990

**instruction set architecture (1) (software)** An abstract machine characterized by an instruction set. *See also:* abstract machine; instruction set. (C/SE) 729-1983s (2) An ISA defines instructions, registers, instruction and data memory, the effect of executed instructions on the registers and memory, and an algorithm for controlling instruction execution. An ISA does not define clock-cycle times, cycles per instruction, data paths, etc. This standard defines an ISA. (C/MM) 1754-1994

**instruction time (1) (software)** The time it takes a computer to fetch an instruction from memory and execute it. *See also:* instruction cycle. (C) 610.12-1990, 610.10-1994w (2) The time it takes to perform one instruction cycle. (C) 610.10-1994w

**instruction trace** *See:* trace.

**instruction word** A word that represents an instruction. *See also:* very long instruction word. (C) 610.10-1994w

**instrument (1) (plutonium monitoring)** A complete system designed to quantify a particular type of ionizing radiation. (NI) N317-1980s