IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC, et al,** | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | CASE NO. 6:10cv224 LED-JDL |
| **FREESCALE SEMICONDUCTOR, INC.,** | § § § § | |
| Defendant. | | |

### FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiffs Stragent, LLC and SeeSaw Foundation (collectively, "Stragent") filed suit against two (2) Defendants in this case on April 29, 2010. Since that time, all Defendants have been dismissed: Freescale Semiconductor, Inc. and Lattice Semiconductor, Inc. (Doc. No. 73).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 24th day of October, 2011.**



LEONARD DAVIS
**UNITED STATES DISTRICT JUDGE**